GREATER DAYTON REGIONAL TRANSIT AUTHORITY, APPELLANT, *v.* STATE EMPLOYMENT RELATIONS BOARD ET AL., APPELLEES.

(No. 2015–1205—Submitted August 17, 2016—Decided November 2, 2016.)

---

{¶ 1} The cause is dismissed as having been improvidently accepted.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, and O'NEILL, JJ., concur.

KENNEDY and FRENCH, JJ., dissent.

---

Baker & Hostetler, L.L.P., Ronald G. Linville, Jennifer E. Edwards, and Jeremiah L. Hart, for appellant.

Michael DeWine, Attorney General, Eric E. Murphy, State Solicitor, Michael J. Hendershot, Chief Deputy Solicitor, and Michael D. Allen and Lori Friedman, Assistant Attorneys General, for appellee State Employment Relations Board.

Jubelirer, Pass & Intrieri, P.C., and Joseph S. Pass; and Kalniz, Iorio & Feldstein Co., L.P.A., and Christine A. Reardon, for appellee Amalgamated Transit Union, Local 1385.

Fishel Hass Kim Albrecht, L.L.P., and Marc A. Fishel, urging reversal for amicus curiae Ohio Public Transit Association.

Duckett Law Firm, L.L.C., and Douglas E. Duckett, urging reversal for amicus curiae Ohio Public Employer Labor Relations Association.